## EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JERE EATON, | Civil Action No.: 3:06 CV 1664 (DJS) |
| Plaintiff, | (ECF Case) |
| -against- | |
| THE COCA-COLA COMPANY, | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS Plaintiff Jere Eaton and Defendant The Coca-Cola Company ("Coca-Cola") have entered into a Settlement Agreement and General Release which fully settles all contested issues in this case;

IT IS HEREBY STIPULATED pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that all claims which the Plaintiff has pending against the Defendant are to be dismissed with prejudice including all claims for attorneys fees and costs and further, that all parties shall bear their own costs.

Counsel for Plaintiff agrees to the foregoing on this 4th day of ~~January~~, 2011.
February

Deborah L. McKenna
Emmett & Glander
45 Franklin Street
Stamford, CT 06901
(203)324-7744
dmckenna@emmettandglander.com

Counsel for Plaintiff

Counsel for Defendant agrees to the foregoing on this 17 day of ~~January~~, 2011.
FEBRUARY

Elise M. Bloom
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
(212) 969-3000
ebloom@proskauer.com
Katharine H. Parker
kparker@proskauer.com

6264/20820-001 Current/21565248v3

Elizabeth Finn Johnson*
Georgia Bar No. 393353
THE COCA-COLA COMPANY
One Coca-Cola Plaza
Atlanta, GA 30313
(404) 676-3736
eljohnson@na.ko.com

*Admitted

Counsel for Defendant

SO ORDERED:

_____
U.S.D.J.

Dated:_____

ii

6264/20820-001 Current/21565248v3